**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KB Home Phoenix, Inc., an Arizona corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>Owners Insurance Company, a foreign corporation; and Does 1 through 100, inclusive,<br><br>        Defendants. | No. CV-07-1257-PHX-LOA<br><br>**ORDER** |

      On July 26, 2007, this Court entered an Order (docket #10) that Plaintiff show cause in writing on ore before August 3, 2007 why Plaintiff KB Home Phoenix, Inc., and/or its counsel should not be sanctioned pursuant to Title 18 U.S.C. § 401, 28 U.S.C. § 636(e) and/or the Court's inherent authority for failing to comply with the Court's prior orders.

      On July 27, 2007, Plaintiff filed its District Judge Option. On August 2, 2007a courtesy copy was faxed to the undersigned's chambers.

      **IT IS ORDERED vacating** the Order to Show Cause issued to Plaintiff on July 26, 2007.

      **IT IS FURTHER ORDERED** the Clerk of the Court shall reassign this matter to a United States District Judge forthwith.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge